**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Roland Antonio Black,                                          Case No. 26-CV-1805 (JMB/LIB)

       Petitioner,

v.                                                                              **ORDER**

Warden, Federal Correctional Institution,

       Respondent.

---

Roland Antonio Black, Rochester, MN, self-represented.

David W. Fuller and Justin Merak Page, United States Attorney's Office, Minneapolis, MN, for Respondent Warden, Federal Correctional Institution.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois dated April 7, 2026.  (Doc. No. 4.)  The R&R recommends that this action be dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.  (*Id.*)  Neither party has objected to the R&R, and the time to do so has now passed.  *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.     The R&R (Doc. No. 4) is ADOPTED.

2.     This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: April 30, 2026                                    /s/ *Jeffrey M. Bryan*
                                                        Judge Jeffrey M. Bryan
                                                        United States District Court